UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY CHEN, *on behalf of herself and others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>SHANGHAI CAFÉ DELUXE, INC. d/b/a SHANGHAI CAFÉ, EILE WAN, PING LIN, and "JOHN" GU<br><br>*Defendants.* | **NOTICE OF APPEARANCE**<br><br>Docket Number:<br>1:17-cv-02536-WHP |

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for defendants SHANGHAI CAFÉ DELUXE, INC. d/b/a SHANGHAI CAFÉ, YILI WENG (improperly pled as "EILE WAN"), PING LIN, and XINSHENG GU (improperly pled as "JOHN GU"). I certify that I am admitted to practice in this court.

Date: May 15, 2017                           Law Offices of Michael Chong, LLC

*Michael K. Chong*
Michael K. Chong, Esq.
2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

1250 Broadway, 36th Fl., Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com
*Attorney for Defendants*