UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cindy Chen,<br><br>         Plaintiff,<br><br>    v.<br><br>Shanghai Cafe Deluxe, Inc., Yili Weng, Ping Lin, and Xinsheng Gu,<br><br>         Defendants. | Case No. 1:17-cv-2536 (DCF) |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the declaration of Peter Melamed below, Defendants hereby move this Court for an Order allowing Peter Melamed to withdraw as counsel for Defendants. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following pursuant to 28 U.S.C. 1746 under the penalty of perjury:

1. As of August 9, 2018, I am no longer associated with the law firm of the Law Offices of Michael K. Chong, LLC, attorneys for Defendants.

2. The Law Offices of Michael K. Chong, LLC continues to be counsel of record in this matter.

3. A motion for summary judgment, along with an opposition and a reply, have been submitted and are awaiting a ruling.

4. I am not asserting any retaining or charging lien on Defendants.

Dated: August 10, 2018

Respectfully submitted,

/s/ Peter Melamed
Peter Melamed (PM-2053)
p_melamed@yahoo.com
Formerly of:
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676