UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Chen,

                Plaintiff,

v.

Shanghai Cafe Deluxe, Inc., Yili Weng, Ping Lin, and Xinsheng Gu,

                Defendants.

Case No. 1:17-cv-2536 (DCF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/18
```

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for Shanghai Cafe Deluxe, Inc., Yili Weng, Ping Lin, and Xinsheng Gu ("Defendants") and the accompanying declaration of Peter Melamed,

IT IS HEREBY ORDERED that the motion of Peter Melamed to withdraw as counsel for Defendants is granted, and Mr. Melamed's appearance is withdrawn as of the date of this Order.

Dated: 8/15/18

                                                _____
                                                Honorable Debra C. Freeman
                                                United States Magistrate Judge

(This resolves Dkt 41)