**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
 CINDY CHEN,
*on her own behalf and on behalf of others similarly*
*situated*                                                     Case No: **17-cv-02536**

                              Plaintiff,          **NOTICE OF APPEARANCE**

                v.


 SHANGHAI CAFÉ DELUXE, INC.
         d/b/a Shanghai Café,
 YILI WENG a/k/a Eileen Weng,
 PING LIN, and
 XINSHENG GU a/k/a John Gu
                         Defendants.
-----------------------------------------------------------X


**PLEASE TAKE NOTICE** that Aaron Schweitzer of Troy Law, PLLC hereby appears for
Plaintiff Cindy Chen, on behalf of herself and others similarly situated, in the above-captioned
case. Request is hereby made that all notices given or required to be given in this case and all
pleadings, motions, and applications served or required to be served in this case be given to and
served upon the undersigned.


        I certify that I am admitted and authorize to practice in this Court.


Dated: Flushing, NY
August 28, 2019                          TROY LAW, PLLC
                                         *Attorneys for Plaintiffs*

                                         By: /s/ Aaron Schweitzer
                                         Aaron Schweitzer, Esq. (AS 6369)
                                         41-25 Kissena Boulevard, Suite 119
                                         Flushing, NY 11355
                                         Tel: (718) 762-1324
                                         troylaw@troypllc.com