UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

CINDY CHEN, *on behalf of herself and others similarly situated,*

*Plaintiff,*

v.

SHANGHAI CAFÉ DELUXE, INC. d/b/a SHANGHAI CAFÉ, EILE WAN, PING LIN, and "JOHN" GU

*Defendants.*

</td><td>

**<u>NOTICE OF APPEARANCE</u>**

1:17-cv-02536-DCF

</td></tr>
</table>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants SHANGHAI CAFÉ DELUXE, INC. d/b/a SHANGHAI CAFÉ, YILI WENG, YIU WANG (improperly pled as "EILE WAN") and XINSHENG GU. I certify that I am admitted to practice in this court.

Date: January 7, 2020

Law Offices of Michael Chong

*Mindy Kallus*

Mindy Kallus, Esq.
*Attorney for Defendants*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

1250 Broadway, 36th Fl., Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKallus@mkclawgroup.com