USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY CHEN, and HOG ZENG GOU, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>SHANGHAI CAFE DELUXE, INC., d/b/a Shanghai Café, EILE WAN, PING LIN, and XINSHENG GU,<br><br>      Defendants. | **ORDER**<br><br>16cv4790 (DF) |
| CINDY CHEN,<br><br>      Plaintiff,<br><br>-against-<br><br>SHANGHAI CAFE DELUXE, INC., a/k/a Shanghai Café, YILI WENG a/k/a Eileen Weng, XINSHENG GU a/k/a John Gu,<br><br>      Defendants. | 17cv2536 (DF) |
| SU PING YU a/k/a Amy Yu,<br><br>      Plaintiff,<br><br>-against-<br><br>SHANGHAI DUMPLING, INC., a/k/a Shanghai Dumpling, SHANGHAI SOUP DUMPLING, INC., a/k/a Shanghai Dumpling, SHANGHAI CAFE DELUXE, INC., a/k/a Shanghai Café Deluxe, YILI WENG a/k.a Eileen Weng, PING LIN, XINSHENG GU a/k/a John Gu,<br><br>      Defendants. | 19cv7601 (DF) |

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephone conference on January 29, 2020, with counsel for all parties in the above-captioned actions, which have been consolidated for purposes of trial, it is hereby ORDERED, as stated at the conference, that:

1. The Court will hold an in-person settlement conference in all three cases on February 6, 2020 at 10:00 a.m., in Courtroom 17A of the United States Courthouse, 500 Pearl Street, New York, New York.

2. In accordance with paragraph 6 of this Court's Settlement Practices, the *parties*, as well as their attorneys, are required to attend the February 6 settlement conference. In the case of a corporate party, the person who should attend is the person with decision-making authority who gives directions to the attorney of record.

3. To the extent any party is not fully able to understand or speak English, counsel for that party is directed to arrange for the presence at the conference of a person (*other than counsel*) who is able to act as an interpreter.

4. Plaintiffs' motion for leave to amend the Complaint in the *Yu* action (Dkt. 41, in 19cv7601) is denied without prejudice to renew upon a showing of a good-faith basis in fact and law for the proposed amendment.

5. The motion of Michael K. Chong, Esq. ("Chong"), of the Law Offices of Michael K. Chong, LLC, to withdraw from representing defendants Shanghai Dumpling, Inc., and Shanghai Soup Dumpling, Inc. in the Yu action (Dkt. 42, in 19cv7601), as well as Chong's subsequently filed motions to withdraw from representing all defendants in all three actions (Dkt. 88, in 16cv4790; Dkt. 55, in 17cv2536; and Dkt. 44, in 19cv7601), are denied without prejudice to renew following the February 6 settlement conference, if that conference does not result in a resolution in principle of Plaintiffs' claims.

6. All discovery and trial deadlines are stayed pending the outcome of the settlement conference.

Dated: New York, New York
      January 29, 2020

                                            SO ORDERED

                                            *[signature]*

                                            DEBRA FREEMAN
                                            United States Magistrate Judge

<u>Copies to</u>:

All parties (via ECF)