**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CINDY CHEN,
*on behalf of herself and others similarly situated*
                              Plaintiffs,
         v.
SHANGHAI CAFÉ DELUXE, INC.
       d/b/a Shanghai Café;
EILE WAN,
PING LIN, and
XINSHENG GU,
                              Defendants.
------------------------------------------------------------x

**Case No: 16-cv-04790 (DCF)**

**AFFIDAVIT OF SERVICE OF NOTICE OF EMERGENCY ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER, AND ORDER OF ATTACHMENT**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CINDY CHEN,
*on behalf of herself and others similarly situated*
                              Plaintiff,
         v.
SHANGHAI CAFÉ DELUXE, INC.
       d/b/a Shanghai Café,
YILI WENG a/k/a Eileen Weng,
PING LIN, and
XINSHENG GU a/k/a John Gu
                              Defendants.
------------------------------------------------------------x

**Case No: 17-cv-02536 (DCF)**

**AFFIDAVIT OF SERVICE OF NOTICE OF EMERGENCY ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER, AND ORDER OF ATTACHMENT**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SU PING YU
       a/k/a Amy Yu,
*on her own behalf and on behalf of others similarly situated*
                            Plaintiff,
         v.
SHANGHAI DUMPLING INC
       d/b/a Shanghai Dumpling;
SHANGHAI SOUP DUMPLING INC
       d/b/a Shanghai Dumpling; and
SHANGHAI CAFÉ DELUXE, INC.

**Case No: 19-cv-07601 (DCF)**

**AFFIDAVIT OF SERVICE OF NOTICE OF EMERGENCY ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER, AND ORDER OF ATTACHMENT**

      d/b/a Shanghai Café Deluxe;
YILI WENG
      a/k/a Eileen Weng,
PING LIN, and
XINSHENG GU a/k/a John Gu
                                  Defendants.
-------------------------------------------------------------x

**STATE OF <u>NEW YORK</u> }**
                                  **ss:**
**COUNTY OF <u>QUEENS</u> }**

      I, **<u>LEANGHOUR LIM</u>**, being duly sworn, state the following under penalty of perjury:

1. I am not a party to this action.

2. I am over 18 years old.

3. I reside in Jamaica, New York, and have a business address at 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355.

4. On March 28, 2020, at 17:46 PM, I served **YILI WENG** a copy of the **Emergency Order to Show Cause with Temporary Restraining Order, Order of Attachment and accompanying exhibits (Docket Entry No. 112 and Exhibits 01 through 14)** on the Defendant's usual place of abode, in the following manner:

5. By personally delivering to and leaving a true copy with **COCO "ZHOU", a manager/ shareholder of SHANGHAI CAFÉ DELUXE INC. d/b/a Shanghai Café Deluxe, as directed in person by YILI WENG, at 67-35 Yellowstone Boulevard, Unit 2K, Forest Hills, NY 11375** (*see* photo attached), a person of suitable age and discretion, further described below, and mailed a true copy of the same to Yili Weng at 67-35 Yellowstone Boulevard, Unit 2K, Forest Hills, NY 11375, Defendant's usual place of abode in an envelope marked "Personal and Confidential" and not indicating on the outside thereof by return address or otherwise that the same was from an attorney or concerned an action against said Defendant, with said mailing occurring on or within 20 days of the date of service.

6. Deponent describes the individual served as follows:

| <u>Sex</u> | <u>Height</u> | <u>Weight</u> | <u>Age</u> | <u>Color of Skin</u> | <u>Color of Hair</u> |
|---|---|---|---|---|---|
| ❏ Male | ❏ Under 5' | ❏ Under 100 Lbs. | ❏ 14-17 Yrs. | Describe color: | ☒ Black |
| ☒ Female | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. | ❏ 18-20 Yrs. | _____ | _____ |
| | ❏ 5'4"-5'8" | ❏ 131-160 Lbs. | ☒ 21-35 Yrs. | YELLOW | |
| | | | | _____ | |

2

❏ 5'9"-6'0"   ❏ 161-200 Lbs.   ❏ 36-50 Yrs.
❏ Over 6'    ❏ Over 200 Lbs.   ❏ 51-65 Yrs.
                                ❏ Over 65 Yrs.

Other identifying features, if any: wearing eyeglasses.

6. To the best of my knowledge, information and belief, said Defendant at the time of service was not in the military service of the United States.

Dated: Flushing, New York          Respectfully submitted,
March 30, 2020

_____
Leanghour Lim

Subscribed and Sworn to
before me on
03/30/2020

_____
NOTARY PUBLIC

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17 2022

3



**POS Service Photo to Coco "Zhou," manager/ shareholder of SHANGHAI CAFÉ DELUXE INC.  d/b/a Shanghai Café Deluxe at 67-83 Yellowstone Boulevard, Unit 2K, Forest Hills, NY 11375 on March 28, 2020, at 17:46 PM.**