UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY CHEN

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

16 Civ. 04790 (____) (____)

- against -

SHANGHAI CAFE DELUXE, INC. d/b/a Shanghai Cafe, et al.

**AFFIRMATION OF SERVICE**

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Humberto Aponte, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Court's Order dated March 18, 2020

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Mail to the following persons *(list the names and addresses of the people you served)*: See Rider

on *(date you served the document(s))* 04-02-2020.

04-02-2020
Dated

Humberto Aponte
Digitally signed by Humberto Aponte
Date: 2020.04.02 09:08:58 -04'00'
Signature

41-25 Kissena Blvd, Suite 103
Address

Flushing, NY
City, State

11355
Zip

7187621324
Telephone Number

troylaw@troypllc.com
E-Mail Address

*Rev. 01/2013*

1. SHANGHAI CAFÉ DELUXE, INC. d/b/a Shanghai Café

c/o YILI WENG a/k/a Eileen Weng
67-35 Yellowstone Boulevard, Unit 2K
Forest Hills, NY 11375

2. YILI WENG a/k/a Eileen Weng

67-35 Yellowstone Boulevard, Unit 2K
Forest Hills, NY 11375

3. PING LIN

67-35 Yellowstone Boulevard, Unit 2K
Forest Hills, NY 11375

4. XINSHENG GU a/k/a John Gu

c/o YILI WENG a/k/a Eileen Weng
67-35 Yellowstone Boulevard, Unit 2K
Forest Hills, NY 11375

5. SHANGHAI SOUP DUMPLING INC
d/b/a Shanghai Dumpling

100 Mott Street
New York, NY 10013

*Chen v. Shanghai Café Deluxe, Inc. et al*, No. 16-cv-04790 (DCF) (S.D.N.Y.) &
*Chen v. Shanghai Café Deluxe, Inc. et al*, No. 17-cv-02536 (DCF) (S.D.N.Y.) &
*Yu v. Shanghai Café Deluxe, Inc. et al*, No. 19-cv-07601 (DCF) (S.D.N.Y.)

**Rider**