**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
CINDY CHEN, *on her own behalf and on behalf of others similarly situated*

                                  Plaintiff,         **Case No.** 17-cv-02536 (DCF)

                                v.                    **CLERK'S CERTIFICATE OF DEFAULT**

SHANGHAI CAFÉ DELUXE, INC.
    d/b/a Shanghai Café and;
YILI WENG
    a/k/a Eileen Weng,
PING LIN, and
XINSHENG GU
    a/k/a John Gu

                                Defendants.
-------------------------------------------------------X

     I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the Complaint was filed on April 9, 2017.

     I further certify that a review of the docket entries indicates that Attorney Michael Chong filed his notice of appearance on behalf of Individual Defendant PING LIN on May 15, 2017, and filed an Answer to the Complaint on June 26, 2017.

     I further certify that by Order Dated March 18, 2020, the Court granted the request of Michael Chong and Mindy L. Kallus to be relieved as counsel of record for remaining defendants in all cases, and adjourned the consolidated trial *sine die*.

     I further certify that upon review of the docket Individual Defendant PING LIN has failed to retain an attorney to represent them by April 17, 2020.

     The Default of the individual Defendant PING LIN, is hereby noted.

1

Dated: September 18, 2020
New York, New York

**Ruby J. Krajick**
Clerk of the Court

By: *K. Mango*
Deputy Clerk