UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__CINDY CHEN_____

_____

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

__17__ Civ. __02536_____ ( _DF_ ) (_____)

- against -

**AFFIRMATION OF SERVICE**

___SHANGHAI CAFE DELUXE INC d/b/a Shanghai Cafe et__ al.

_____

_____

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) __Gavin Dass_____, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): __Order dated June 16, 2021, Document 108_

_____

_____

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) __By Mail_____ to the following persons (*list the names and addresses of the people you served*): _____

___YILI WENG_____

___95-08 68th Avenue, Forest Hills, NY 11375_____

___(Last known Residential Address)_____

on (*date you served the document(s)*) __June 22, 2021_____.

____6/29/2021_____
Dated

_____*(signature)*_____
Signature
__41-25 Kissena Blvd, Suite 103__
Address
__Flushing, NY_____
City, State
__11355_____
Zip
__718-762-1324_____
Telephone Number
__troylaw@troypllc.com_____
E-Mail Address

*Rev. 01/2013*