UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__CINDY CHEN__

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

__17__ Civ. __02536__ ( __DF__ ) (_____)

- against -

**AFFIRMATION OF SERVICE**

__SHANGHAI CAFE DELUXE INC d/b/a Shanghai Cafe__ et al.

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Gavin Dass__, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: __Order dated June 16, 2021. Document 108__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __By Mail__ to the following persons *(list the names and addresses of the people you served)*:

__PING LIN__
__100 Mott Street New York, NY 10013__
__(Last known Business Address for Defendant)__

on *(date you served the document(s))* __June 22, 2021__.

__6/29/2021__
Dated

Signature
__41-25 Kissena Blvd, Suite 103__
Address
__Flushing, NY__
City, State
__11355__
Zip
__718-762-1324__
Telephone Number
__troylaw@troypllc.com__
E-Mail Address

*Rev. 01/2013*