UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__CINDY CHEN_____

*(List the name(s) of the plaintiff(s)/petitioner(s).)*          __17__ Civ. __02536____ (_DF_)(_____)

- against -            **AFFIRMATION OF SERVICE**

__SHANGHAI CAFE DELUXE INC d/b/a Shanghai Cafe et__ al.

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Gavin Dass_____, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: __Order dated June 16, 2021. Document 108__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __By Mail_____ to the following persons *(list the names and addresses of the people you served)*: _____

__XINSHENG GU a/k/a John Gu_____

__100 Mott Street New York, NY 10013_____

__(Last known Business Address for Defendant)_____

on *(date you served the document(s))* __June 22, 2021_____.

____6/29/2021_____
Dated

Signature
__41-25 Kissena Blvd, Suite 103__
Address
__Flushing, NY_____
City, State
__11355_____
Zip
__718-762-1324_____
Telephone Number
__troylaw@troypllc.com_____
E-Mail Address

*Rev. 01/2013*