**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CINDY CHEN, on behalf of herself and all
others similarly situated,

                     Plaintiffs,

                                                           17 **CIVIL** 2536 (VF)

         -against-                                    **DEFAULT JUDGMENT**

SHANGHAI CAFÉ DELUXE, INC. d/b/a
Shanghai Café; YILI WENG, PING LIN, and
XINSHENG GU,
                    Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated March 24, 2023, Plaintiff is entitled to default judgment against Shanghai Cafe, Yili Weng, and Xinsheng Gu, and to an award of back pay, liquidated, and emotional distress damages in the amount of $439,735.30. Plaintiff is also entitled to an award of post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. Additionally, Plaintiff is entitled to an award of attorneys' fees in the amount of $31,198.79, and costs in the amount of $400. Prejudgment interest is calculated on $232,367.65, which comprises the portion of Plaintiff's award attributable to back pay and compensatory damages. Prejudgment interest is calculated in the manner explained in pages 18-20 of the Opinion and Order, at the rate of interest referred to in 28 U.S.C. § 1961, in the amount of $13,545.16.

**DATED**: New York, New York
              March 27, 2023

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                              **BY:** _K. Mango_
                                                              **Deputy Clerk**